# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY<br>910 17th Street, N.W., 7th Floor<br>Washington, DC 20006-2606,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE TREASURY<br>1500 Pennsylvania Ave., N.W.<br>Washington, DC 20220,<br><br>    Defendant. | Civil Action No. 17-1900<br>ECF |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Plaintiff, the Center for Public Integrity ("the Center"), brings this action for declaratory and injunctive relief, alleging as follows:

## Nature of Action

1. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, to compel the production of certain agency records.

## Jurisdiction and Venue

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B), 28 U.S.C. § 1331, and 28 U.S.C. § 2201(a).

3. Venue lies in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391.

## Parties

4. Plaintiff, Center for Public Integrity, is a District of Columbia corporation, a tax-exempt public charity and a nonprofit, nonpartisan, non-advocacy, independent journalism organization based in Washington, D.C. The Center's mission is "[t]o serve democracy by

revealing abuses of power, corruption and betrayal of public trust by powerful public and private institutions, using the tools of investigative journalism." "About The Center for Public Integrity," http://www.publicintegrity.org/about. Plaintiff is the requester of the withheld records.

5. Defendant, U.S. Department of the Treasury ("Treasury"), is an agency of the United States. Defendant has possession of and control over the records that Plaintiff seeks.

### Plaintiff's Freedom of Information Request

6. On April 13, 2017, Plaintiff requested from Treasury:

> Any records, documents, emails, questionnaires, records of payment, memoranda or other correspondence or communications regarding any payment or repayment of public funds from the Trump Transition, also known as Trump for America, or anyone acting as a representative of the Trump Transition, regardless of format, medium or physical characteristics and including electronic records and information. The request includes both in-agency and external communications. The likely date range of the records is Nov. 8, 2016 through the present.

Treasury assigned Case Number 2017-04-109 to this request.

7. As of July 24, 2017, Treasury estimated that the date of completion for processing this request would be August 24, 2017.

8. Defendant has not produced records responsive to Plaintiff's request nor made a determination on Plaintiff's request.

9. Subsequent to the estimated completion date of August 24, 2017, Plaintiff has inquired several times about when Treasury would complete action on the request. Treasury has not given any substantive response.

10. More than twenty working days have passed since Defendant received Plaintiff's request. Plaintiff has therefore exhausted all applicable administrative remedies.

11. Plaintiff has a statutory right to the requested records, and there is no legal basis for Defendant's failure to make them available to Plaintiff.

## **Demand for Relief**

WHEREFORE, Plaintiff requests that this Court:

1. Declare that Defendant's failure to disclose the records requested by Plaintiff is unlawful;

2. Order Defendant to make the requested records available to Plaintiff;

3. Award Plaintiff its costs and reasonable attorneys' fees in this action; and

4. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

/S/
Peter Newbatt Smith
D.C. Bar #458244
Center for Public Integrity
910 17th Street, N.W., 7th Floor
Washington, DC 20006-2606
202-481-1239
psmith@publicintegrity.org

Attorney for Plaintiff

September 15, 2017